David L. Jordan (SBN 203457)
Daniel S. Kubasak (SBN 222336)
Gordon Rees Scully Mansukhani, LLP
275 Battery St., Ste. 2000
San Francisco, CA 94111
Email: dljordan@grsm.com
Email: dkubasak@grsm.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KOKO FINANCIAL SERVICES LTD. and FRASER ATKINSON,

                  Plaintiff(s),

v.

MAPLE LEAF EQUIPMENT AIRCRAFT AND RECOVERY, INC.; PHILLIP OLDRIDGE; SUSAN EMRY; C.T.P. HOLDINGS INCORPORATED; STAGE COACH LANDING, INC.; and DOES 1 through 20, inclusive,

                  Defendant(s).

CASE NUMBER

8:20-cv-01456 JLS-KES

**NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)**

PLEASE TAKE NOTICE: (*Check one*)

☑ This action is dismissed by the Plaintiff(s) in its entirety.

☐ The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐ The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☐ **ONLY** Defendant(s) _____

is/are dismissed from (*check one*) ☐ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by _____.

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

December 22, 2020                         /s/ David Jordan
     *Date*                                    *Signature of Attorney/Party*

NOTE: *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*